IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADA CONNECTION, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-16-0378-HE |
| ) | |
| AXIS INSURANCE COMPANY, ) | |
| ) | |
| Defendant. | |

## ORDER

The parties' joint motion to dismiss [Doc. #20] is **GRANTED**. This case is dismissed with prejudice with all costs taxed against the incurring parties.

**IT IS SO ORDERED**.

Dated this 11th day of October, 2016.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE